IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PHONG LISA RICKETTS, ) | |
| ) | |
| Plaintiff, ) | CASE No. 3:12-cv-432 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| ENVIRONMENTAL SYSTEMS ) | |
| PRODUCTS, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court has been advised by the parties that all matters and things in controversy in this action have been compromised and settled.

This action is **DISMISSED** without prejudice to the right, upon good cause shown within thirty (30) days, to reopen this action if the settlement is not consummated. This action is closed.

It is so **ORDERED**.

ENTERED this the 18th day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court